1  Carol A. Wieckowski, Esq. (SBN 95586)
2  Cathleen J. Fralick, Esq. (SBN 146378)
   EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
3  745 University Avenue, Sacramento, CA 95825
   Telephone: (916)923-1600
4  Facsimile: (916)923-1616

5
   Attorneys for Defendants
6  ROCKLIN UNIFIED SCHOOL DISTRICT,
   PLACER COUNTY OFFICE OF EDUCATION
7  And DAVID HAWKINS

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | ALICIA WAGNON in her individual capacity ) | Case No. 2:17-CV-01666-KJN
   | and as conservator for SULLIVAN R. FROM, ) | **(Unlimited)**
12 |                                          ) |
   |           Plaintiff,                     ) | **ORDER**
13 |                                          ) | **GRANTING DEFENDANTS ROCKLIN**
   |      vs.                                 ) | **UNIFIED SCHOOL DISTRICT, PLACER**
14 |                                          ) | **COUNTY OFFICE OF EDUCATION AND**
   | vs.                                      ) | **DAVID HAWKINS' UNOPPOSED**
15 |                                          ) | **REQUEST TO SEAL DOCUMENTS**
   | ROCKLIN UNIFIED SCHOOL DISTRICT,         ) |
16 | PLACER COUNTY OFFICE OF                  ) |
   | EDUCATION, DAVID HAWKINS and             ) | Trial Date: Not Yet Set
17 | Does 1-30, Inclusively,                  ) | Action Filed: August 11, 2017
   |                                          ) |
18 |           Defendants.                    ) |

19     Having reviewed DEFENDANTS ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER

20 COUNTY OFFICE OF EDUCATION AND DAVID HAWKINS', (Hereinafter "Defendants"),

21 Notice of Request to Seal Documents, Defendants' Request to Seal Documents, and the

22 proposed sealed documents which are 1) Plaintiff Alicia Wagnon as Conservator For Sullivan R.

23 From's Objections and Responses to Defendant's Special Interrogatories, Set One, with

24 Verification, referred to as Exhibit A in the Declaration of Cathleen Fralick in support of

25 defendants' motion to compel Independent Mental Examination, 2) Dr. Nora Baladerian's

Evaluation dated December 21, 2017, referred to as Exhibit B in the Declaration of Cathleen Fralick in support of defendants' motion to compel Independent Medical Examination, AND noting plaintiff's non-opposition, AND good cause appearing therefore, Defendants Request to Seal Documents is hereby GRANTED.  The documents shall be sealed for the duration of the litigation and cannot be unsealed without a subsequent order from this Court.  Plaintiff's non-opposition shall be filed on the docket as publicly available.

**IT IS SO ORDERED.**

Dated:  August 10, 2022

wagn.1666

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE