Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue, Sacramento, CA 95825
Telephone: (916)923-1600
Attorneys for Defendants
ROCKLIN UNIFIED SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION AND DAVID HAWKINS
<u>Public Entity-Public Employees – Filing Fees Waived</u>

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALICIA WAGNON in her individual capacity and as conservator for SULLIVAN R. FROM, <br><br> Plaintiffs, <br><br> vs. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, DAVID HAWKINS and Does 1-30, <br><br> Defendants. | CASE NO:  2:17-cv-01666-KJN <br><br> **Stipulation and Order Regarding Independent Mental Examination** <br><br> **Date of IME:  October 3, 2022** <br> **Time:  10:00 a.m.** <br> **Location:  5413 Sandpiper Court, Rocklin** |

Defendants ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION AND DAVID HAWKINS (Hereinafter "Defendants") and Plaintiffs hereby stipulate to the following conditions of Plaintiff Sullivan From's IME:

As to the date, time, place and length of the exam, counsel for the parties agree the IME shall take place at Plaintiff's home 5413 Sandpiper Court, Rocklin 95765, at 10:00 a.m. on October 3, 2022.  The length of the exam will be 2.0 hours.

Pursuant to the Court's Order, the court will not set limitations on the kinds of tests Dr. Greene will be allowed to conduct. [See, e.g., Newman, 272 F.R.D. 505 (declining to limit the

kinds of tests proposed without evidence that certain tests will be dangerous to the examinee).] Further, no specific limits are set on Dr. Greene's questioning of Plaintiff Wagnon concerning Plaintiff From's history. However, defendants are cautioned that Dr. Greene's exam shall not be harassing to plaintiffs and shall not act as a second deposition. Thus, to the extent Dr. Greene can conduct any investigation of Plaintiff From's history prior to the examination, so as to lessen the burden on Plaintiff Wagnon, the doctor shall do so.

    Finally, Plaintiff Wagnon may terminate Dr. Greene's examination if at any time, she feels, in good faith, that the examination is overly traumatizing to her son.  Counsel for plaintiff shall review this good faith standard with Plaintiff Wagnon before the examination and shall make her aware that if the examination is ended early, it will be rescheduled for a future date.

    However, if the exam is prematurely terminated, it will be rescheduled to continue on a future date. The court will endeavor to make itself available on the day of the examination, should any good faith disputes arise requiring court intervention.

Dated: September 15, 2022				Evans Wieckowski Ward & Scoffield, LLP

							By:	/s/ Cathleen Fralick
								Cathleen Fralick, Attorney for
								Defendants Rocklin Unified School
								District, Placer County Office of Public
								Education, and David Hawkins

Dated:  September 26, 2022				Medina, McKelvey LLP

							By: /s/ Allison Hyatt
								Allison Hyatt, Attorney for
								Plaintiffs Alicia Wagnon, in her individual
								capacity and as conservator for Sullivan
								From

**ORDER**

It is HEREBY ORDERED that pursuant to the parties' stipulation above, the Independent Medical Examination will be conducted on the conditions outlined above.

Dated:  September 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wagn.1666