UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WAGNON, et al., | No. 2:17–cv–1666–KJN |
| Plaintiffs, | ORDER |
| v. | (ECF NO. 50.) |
| ROCKLIN U.S.D., et al., | |
| Defendants. | |

Having reviewed DEFENDANTS' Notice of AND Request to Seal Documents (ECF No. 50), and the proposed sealed document which is Dr. Greene's Report referred to as Exhibit B in Defendants' Disclosure of Expert Witnesses, and good cause appearing therefore, Defendants Request to Seal Documents is hereby GRANTED.  The document shall be sealed for the duration of the litigation and cannot be unsealed without a subsequent order from this Court.

**IT IS SO ORDERED.**

Dated: October 18, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wagn.1666