UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WAGNON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROCKLIN U.S.D., et al.,<br><br>        Defendants. | No.  2:17–cv–1666–KJN<br><br>ORDER<br><br>(ECF NO. 52.) |

Having reviewed the papers submitted by Plaintiffs with respect to the Request to seal (ECF No. 52), the papers and records on file in this action, and good cause appearing, the Court GRANTS Plaintiffs' Request to Seal Documents Relating to Plaintiffs' Initial Expert Witness Disclosures. The exhibits submitted to be sealed are hereby SEALED.

**IT IS SO ORDERED**.

Dated:  October 18, 2022

                                                                     KENDALL J. NEWMAN<br>                                                                     UNITED STATES MAGISTRATE JUDGE

wagn.1666

