UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WAGNON, et al., | No. 2:17–cv–1666–KJN |
| Plaintiffs, | ORDER |
| v. | |
| ROCKLIN UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

This case contains claims that are ripe for trial.[1] (ECF No. 74). However, given the parties' representations in the joint status report that they will not be ready to proceed to trial until the summer of 2024 at the earliest (ECF No. 78), and given the undersigned's upcoming retirement in February 2024, the court refrains from scheduling the pretrial conference and trial dates at this time. Instead, the parties are instructed to file an updated trial-readiness report, with proposed dates, for the incoming magistrate judge's consideration. This report shall be filed by February 15, 2024.

Dated:  September 27, 2023

wagn.1666

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This case is before the undersigned pursuant to 28 U.S.C. § 636(c) for all purposes, including the entry of judgment, pursuant to the consent of all parties. (ECF Nos. 23, 24.)

1