UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WAGNON, et al., | Case No. 2:17-cv-1666 CSK |
| Plaintiffs, | |
| v. | FURTHER ORDER ON MOTIONS IN LIMINE |
| ROCKLIN UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

The Court issues the following order regarding motions in limine far in advance of the October 15, 2024 Final Pretrial Conference to provide the parties with sufficient time to plan accordingly. This does not change the deadlines set for motions in limine in the April 26, 2024 Pretrial Scheduling Order, or the Pretrial Scheduling Order's other requirements regarding motions in limine. (ECF No. 82.)

Briefing for motions in limine shall be limited to 25 pages total for each side. Each motion in limine should be numbered and clearly identified. For example, "Plaintiffs' Motion in Limine No. 1 Re: [subject]." The brief shall include a table of contents at the beginning that lists each motion in limine and the page number on which the motion begins.

Briefing for oppositions/ responses to motions in limine shall also be limited to 25 pages total for each side. Each opposition/ response should be numbered and clearly

1 identified. For example, "Defendants' Opposition to Plaintiffs' Motion in Limine No. 1 Re:
2 [subject]." The brief shall also include a table of contents at the beginning that lists each
3 motion in limine opposition/ response and the page number on which the opposition/
4 response begins.
5     IT IS SO ORDERED.
6
7 Dated:  July 26, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, wagn1666.17