```
Carol A. Wieckowski, Esq. (SBN 95586)
Cathleen J. Fralick, Esq. (SBN 146378)
EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP
745 University Avenue, Sacramento, CA 95825
Telephone: (916)923-1600
Facsimile: (916)923-1616
```

Attorneys for Defendants
ROCKLIN UNIFIED SCHOOL DISTRICT,
PLACER COUNTY OFFICE OF EDUCATION
And DAVID HAWKINS

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA WAGNON in her individual capacity and as conservator for SULLIVAN R. FROM, <br><br> Plaintiff, <br><br> vs. <br><br> vs. <br><br> ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, DAVID HAWKINS and Does 1-30, Inclusively, <br><br> Defendants. | Case No. 2:17-CV-01666-CSK <br> (Unlimited) <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR ATTORNEY FEES AND OPPOSITION THERETO** <br><br> **COURT ROOM 25-HONORABLE JUDGE CHI SOO KIM** <br><br> **Trial Date: November 4, 2024** |

   IT IS HEREBY STIPULATED and agreed by and between Plaintiffs ALICIA WAGNON in her individual capacity and as conservator for SULLIVAN R. FROM ("Plaintiffs") and Defendants ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, DAVID HAWKINS ("Defendants"), through their respective counsel, that the time for the Plaintiffs to file their Motion For Attorney Fees be extended from December 13, 2024, to December 31, 2024, and that Defendants Opposition to Motion be extended to January 14, 2025. Plaintiffs reply would be extended until January 24, 2025. This is the first extension of time.

The requested extension is necessary to allow sufficient time during the holidays for both parties to prepare their respective pleadings.

Respectfully submitted,

Dated: December 11, 2024          EVANS, WIECKOWSKI, WARD & SCOFFIELD, LLP

By: /s/ Carol A. Wieckowski
    Carol A. Wieckowski
    Cathleen J. Fralick
    Attorneys for Defendants
    ROCKLIN UNIFIED SCHOOL DISTRICT, PLACER COUNTY OFFICE OF EDUCATION, DAVID HAWKINS

Dated: December 11, 2024          MEDINA MCKELVEY, LLP

By: /s/Allison Hyatt
Attorneys for Plaintiffs
Plaintiffs ALICIA WAGNON in her individual capacity and as conservator for SULLIVAN R. FROM

## **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2024

_/s/ Chi Soo Kim_
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, wagn1666.17